UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANILO JAVIER NIEVES-MEZA,<br>　aka Antonio Rodriguez,<br>　aka Rafael Antonio Rodriguez-Quinde,<br><br>　　　　　Defendant. | Case No. 02CR2626-JM<br><br>ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: February 20, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge